# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EQUITABLE RESOURCES, INC., f/t/d/b/a
EQUITABLE GAS COMPANY,

    Plaintiff,

v.

TRINITY INDUSTRIES, INC. f/t/d/b/a TRINITY
INDUSTRIES AND STANDARD FORGED
PRODUCTS, INC. f/t/d/b/a TRINITY
INDUSTRIES,

    Defendants.

Civil Action No. 2:07-cv-631

Judge Terrance F. McVerry
Magistrate Judge Francis X. Caiazza

## CONSENT ORDER OF COURT

AND NOW, this 13th day of November, 2007, upon consent of the Parties, it is hereby Ordered and Decreed as follows:

1. Plaintiff, Equitable Resources, Inc., f/t/d/b/a Equitable Gas Company ("Equitable") is authorized to remove certain above ground service lines, gas measurement and regulation devices and piping known as the "Metering Facilities" installed on the premises of Defendant, Standard Forged Products, Inc. ("SFP") located at its McKees Rocks, Pennsylvania plant ("SFP Facility").

2. Equitable shall contact SFP at least forty-eight (48) hours in advance to schedule a mutually convenient time for the removal of the Metering Facilities.

3. In accordance with the representations and scope of work provided by Equitable, Equitable is authorized to remove only that portion of the Metering Facilities that are located above ground. Equitable shall be permitted to cut the gas lines at ground level, cap the lines and remove the Metering Facilities with a crane.

1107

4. During the course of the removal of the Metering Facilities, Equitable shall not fully or permanently block any access streets or roadways thereby allowing SFP and other parties utilizing said roadways access to their respective facilities. During the removal process at least one lane shall remain open at all times and shall not be blocked by Equitable.

5. There shall be no digging or excavation by Equitable on the SFP Facility during the removal process.

6. In the event there is any digging or excavation of the roadway or sidewalk adjacent to the SFP Facility, Equitable shall repair and restore the ground surface.

7. If there is damage to any of the SFP fencing or other property, caused by the removal of the Metering Facilities, Equitable shall repair and replace same at its own expense.

BY THE COURT:

_____ J.
Francis X. Caiazza

CONSENTED TO:

McCANN GARLAND RIDALL & BURKE

By: _____
J. MICHAEL BAGGETT, ESQUIRE
Pa. I.D. # 30651

Suite 2125
11 Stanwix Street
Pittsburgh, PA 15222
(412) 566-1818
Attorneys for Trinity Industries, Inc.

YUKEVICH MARCHETTI LIEKAR & ZANGRILLI P.C.

By: _____
JOHN P. LIEKAR, ESQUIRE
Pa. I.D. # 23161

Suite 1024
11 Stanwix Street
Pittsburgh, PA 15222
(412) 261-6777
Attorneys for Equitable Resources, Inc.